# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RICHARDO TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F. P. FIELDS, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:12-cv-00175-SKO PC<br><br>ORDER DENYING MOTIONS TO DISMISS CLAIMS AND PARTIES AS MOOT<br><br>(Docs. 5 and 11) |

　　　　Plaintiff Anthony Richardo Turner, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 7, 2012. On February 21, 2012, Plaintiff filed a motion seeking to strike his claims against Folsom federal parole officers and federal extraction teams. Thereafter, on March 13, 2012, Plaintiff filed a motion seeking to drop his claims against federal legal staff of the Folsom Parole Office and Federal Protective Housing.

　　　　Plaintiff did not allege claims against any such individuals or entities in this action. Regardless, the Court has screened Plaintiff's complaint and found that it only states one cognizable excessive force claim against officers at California State Prison-Corcoran. Plaintiff may either file an amended complaint or agree to proceed only on his one claim. In either event, Plaintiff's desire to dismiss claims or parties from his original complaint will be rendered moot.

　　　　Accordingly, Plaintiff's motions are HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:　　June 5, 2012　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE