# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RICHARDO TURNER, | CASE NO. 1:12-cv-00175-SKO PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT IN PART AND PREMATURE IN PART, AND DISREGARDING THE REMAINDER |
| v. | |
| F. P. FIELDS, et al., | (Doc. 12) |
| Defendants. | |

Plaintiff Anthony Richardo Turner, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 7, 2012. On March 26, 2012, Plaintiff filed a motion which seeks, in part, the screening of his complaint and the issuance of service documents.

In a separate order, the Court screened Plaintiff's complaint and he may either file an amended complaint or agree to proceed only on his cognizable excessive force claim. Therefore, Plaintiff's motion for screening is moot and his motion for the issuance of service documents is premature. The remainder of Plaintiff's motion may be at best characterized as seeking relief which is either unavailable to Plaintiff in this civil rights action.

Accordingly, Plaintiff's motion for screening is DENIED as moot and his motion for the issuance of service documents is DENIED as premature. The remainder of the motion is DISREGARDED.

IT IS SO ORDERED.

**Dated:   June 5, 2012**               /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE