# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RICHARDO TURNER, | CASE NO. 1:12-cv-00175-SKO PC |
| Plaintiff, | ORDER DENYING MOTIONS |
| v. | (Docs. 8 and 10) |
| F. P. FIELDS, et al., | |
| Defendants. | |

Plaintiff Anthony Richardo Turner, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 7, 2012.  On February 27, 2012, Plaintiff filed a motion seeking to have the Court issue an order to show cause regarding "charging civil-criminal complaint" and an "order of enforcement of immediate parole release." On March 9, 2012, Plaintiff filed a similar motion for relief.

As Plaintiff was informed in the screening order, he is barred from seeking his release from prison in this action, and any and all claims challenging the fact or duration of Plaintiff's confinement in state prison were dismissed, without prejudice.  Wilkinson v. Dotson, 544 U.S. 74, 78, 125 S.Ct. 1242 (2005); Heck v. Humphrey, 512 U.S. 477, 489, 114 S.Ct. 2364 (1994).  Further, Plaintiff may not use this civil rights action as a vehicle by which to seek criminal charges against prison officials.  The discretion to initiate criminal proceedings rests soundly with the United States Attorney's Office and/or the Kings County District Attorney's Office.

///

///

Plaintiff's motions seek no form of relief to which he is entitled in this action.  Accordingly, they are HEREBY ORDERED DENIED.

IT IS SO ORDERED.

**Dated:    June 5, 2012**                             /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE