# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RICHARDO TURNER, | CASE NO. 1:12-cv-00175-SKO PC |
| Plaintiff, | ORDER DISREGARDING LETTER |
| v. | (Doc. 15) |
| F. P. FIELDS, et al., | |
| Defendants. | |

    Plaintiff Anthony Richardo Turner, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 7, 2012. On April 30, 2012, Plaintiff filed a letter asking why the Court dismissed his complaint and allowed him and his family to die by false imprisonment and kidnap. Plaintiff asserts he is being held hostage by the California Department of Corrections and Rehabilitation and he requests that an investigation be conducted.

    Plaintiff's letter misconstrues the proceedings in this action and it seeks no discernible form of relief to which Plaintiff is legally entitled. The letter is HEREBY ORDERED DISREGARDED.

IT IS SO ORDERED.

**Dated:** **June 5, 2012**      **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

1